# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH CAMARDESE | |
| Plaintiff, | Civil Action No. |
| vs. | 2:14-cv-01549-JHS |
| MIDLAND CREDIT MANAGEMENT, INC. | |
| Defendant. | |

**FILED**
SEP - 2 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## STIPULATION

AND NOW, this 26th day of August, 2014 it is hereby STIPULATED and AGREED by and between the undersigned counsel for Plaintiff, Joseph Camardese and counsel Defendant, Midland Credit Management, Inc. to extend the case management deadlines for this matter as follows:

1. In order to conduct depositions in this matter, all discovery shall be completed on or before October 6, 2014, and

2. All other deadlines contained in the June 11, 2014 Scheduling Order for this matter shall remain intact.

3. No additional extension regarding the case management deadlines for this matter have previously been requested by the parties

| | |
|---|---|
| /s/ Gregory J. Gorski | /s/ Ronald M. Metcho |
| GREGORY J. GORSKI, ESQUIRE | RONALD M. METCHO, ESQUIRE |
| Francis & Mailman, P.C. | Marshall Dennehey Warner |
| Land Title Building, 19th Fl. | Coleman & Goggin, P.C. |
| 100 South Broad Street | 2000 Market Street, Suite 2300 |
| Philadelphia, PA 19110 | Philadelphia, PA 19103 |
| 215-735-8600 | 215-575-2595 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Joseph Camardese | Midland Credit Management, Inc. |

So Ordered. September 2, 2014.

_____
Joel Slomsky, J.